■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE McCoy, Appellant. [753 NYS2d 365] —Judgment, Supreme Court, New York County (Renee White, J.), rendered April 4, 2000, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree, and sentencing him to a term of five years probation, unanimously affirmed.

The court properly exercised its discretion in denying defendant youthful offender treatment. Defendant failed to successfully complete several drug treatment programs due to his poor attendance and positive tests for drugs, and was arrested on a new charge shortly after being placed on interim supervision (see People v Reshard, 293 AD2d 290, lv denied 98 NY2d 680). Concur—Mazzarelli, J.P., Saxe, Sullivan, Williams and Gonzalez, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. RODMAN J. LAW, Admitted in 1981, at a Term of the Appellate Division, Second Department. [756 NYS2d 739] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Andrias, Saxe, Ellerin and Williams, JJ. [See 247 AD2d 158.]

■ In the Matter of ORLANDO I. BALCACER (Admitted as ORLANDO ISAAC BALCACER), a Suspended Attorney. [756 NYS2d 739] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Tom, J.P., Mazzarelli, Rosenberger, Ellerin and Williams, JJ.